Brandt L. Wolkin, Esq.,        SBN 112220
Dawn A. Silberstein, Esq.,  SBN 167936
Wolkin · Curran, LLP
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:     (415) 982-9390
Facsimile:      (415) 982-4328
E-mail:   bwolkin@wolkincurran.com
E-mail:   dsilberstein@wolkincurran.com

Attorneys for plaintiff
JDS BUILDERS GROUP, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JDS BUILDERS GROUP, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY, an Ohio corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:15-cv-00297 VC<br><br>**STIPULATION OF JDS BUILDERS GROUP AND SCOTTSDALE TO FILE FIRST AMENDED COMPLAINT IN LIEU OF OPPOSITION TO MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6); and [PROPOSED] ORDER THEREON** |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff JDS Builders Group, Inc. ("JDS"), and defendant Scottsdale Insurance Company ("Scottsdale"), by and through their respective attorneys of record, as follows:

1.      On March 4, 2015, Scottsdale filed and served its Notice of Motion And Motion To Dismiss Pursuant To FRCP 12(B)(6) on counsel for JDS.

2.      Under Local Rule 7-3, JDS' opposition to Scottsdale's FRCP 12(b)(6) Motion is currently due March 18, 2015.

3.      The hearing date is currently set for April 16, 2015 at 10:00 a.m. in Courtroom 4.

1.

**STIPULATION TO FILE FIRST AMENDED COMPLAINT;**     CASE NO.  3:15-cv-00297 VC
**AND [PROPOSED] ORDER**

4.  In accordance with Local Rule 6-2(a), Counsel for JDS and Scottsdale met and conferred and agreed as follows:

(1) In lieu of filing an opposition to Scottsdale's FRCP 12(b)(6) Motion, JDS will file the attached First Amended Complaint; and

(2) The April 16, 2015 hearing date is vacated.

5.  The parties hereby reserve their respective rights to assert any and all permissible claims, counter-claims, affirmative defenses or objections in this action, and nothing in this stipulation shall be construed as a waiver of such rights.

IT IS SO STIPULATED:

Dated: March 17, 2015

WOLKIN • CURRAN, LLP

By: _/s/ Dawn A. Silberstein_
Brandt L. Wolkin
Dawn A. Silberstein

Attorneys for plaintiff JDS GROUP, INC.

Dated: March 17, 2015

SELMAN BREITMAN, LLP

By: _____
James R. Tenero, Esq.
Joshua S. Leach, Esq.
Sheryl W. Leichenger, Esq.

Attorneys for defendant SCOTTSDALE INSURANCE COMPANY

2.

STIPULATION TO FILE FIRST AMENDED COMPLAINT;   CASE NO. 3:15-cv-00297 VC
AND [PROPOSED] ORDER

1
2

**[PROPOSED] ORDER
APPROVING STIPULATION**

3    Pursuant to the parties' Stipulation, IT IS SO ORDERED.

4

5   Dated  March 18, 2015  _____

6                          The Honorable Vince Chhabria,
                           Judge of the United States District Court

1.

**[PROPOSED] ORDER APPROVING STIPULATION TO          CASE NO.  4:15-cv-00297 VC
FILE FAC**