Brandt L. Wolkin, Esq.,     SBN 112220
Dawn A. Silberstein, Esq.,  SBN 167936
Wolkin · Curran, LLP
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:     (415) 982-9390
Facsimile:     (415) 982-4328
E-mail:  bwolkin@wolkincurran.com
E-mail:  dsilberstein@wolkincurran.com

Attorneys for plaintiff
JDS BUILDERS GROUP, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JDS BUILDERS GROUP, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY, an Ohio corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:15-cv-00297 VC<br><br>**STIPULATION OF JDS BUILDERS GROUP AND SCOTTSDALE INSURANCE COMPANY TO CONTINUE HEARING ON SCOTTSDALE'S MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6); and [PROPOSED] ORDER THEREON**<br> AS MODIFIED |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff JDS Builders Group, Inc. ("JDS"), and defendant Scottsdale Insurance Company ("Scottsdale"), by and through their respective attorneys of record, as follows:

1.   On April 8, 2015, Scottsdale filed and served its Notice of Motion And Motion To Dismiss Pursuant To FRCP 12(B)(6) (the "Motion to Dismiss") on counsel for JDS;

2.   Scottsdale's Motion to Dismiss JDS' first amended complaint is currently set for hearing on May 14, 2015;

///

1.

**STIPULATION TO CONTINUE FRCP 12(B)(6) HEARING;     CASE NO.  3:15-cv-00297 VC
AND [PROPOSED] ORDER**

3.    Counsel for JDS has requested that the hearing on Scottsdale's Motion to Dismiss be continued to May 21, 2015, at 10:00 a.m., in order to accommodate a calendaring conflict;

4.    Counsel have meet and conferred and agreed to continue the hearing on Scottsdale's motion to dismiss to May 21, 2015 at 10:00 a.m., subject to the approval of the Court; and

5.    No deadlines to file and serve either the Opposition to the Motion to Dismiss or any Reply to that Opposition will be extended.

IT IS SO STIPULATED:

Dated: April 17, 2015                                WOLKIN • CURRAN, LLP

*/s/ Brandt L. Wolkin*

By: _____
      Brandt L. Wolkin
      Dawn A. Silberstein

Attorneys for plaintiff JDS GROUP, INC.

Dated: 4/17/15                                          SELMAN BREITMAN, LLP

By: _____
      James R. Tenero, Esq.
      Joshua S. Leach, Esq.
      Sheryl W. Leichenger, Esq.

Attorneys for defendant SCOTTSDALE INSURANCE COMPANY

# [PROPOSED] ORDER APPROVING STIPULATION AS MODIFIED BY THE COURT

The motion to dismiss will be heard on May 28, 2015, at 10:00 a.m.

Pursuant to the parties' Stipulation, IT IS SO ORDERED.

Dated  April 20, 2015

The Honorable Vince Chhabria
Judge of the United States District Court

IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria

1.

**[PROPOSED] ORDER APPROVING STIPULATION TO CONTINUE FRCP 12(B)(6) HEARING**     CASE NO.  4:15-cv-00297 VC