UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JDS Builders Group, Inc.,
_____,
                Plaintiff(s),

CASE NO. 3:15-cv-00297-vc

           v.

Scottsdale Insurance
Company, et al.          ,
                Defendant(s).
_____/

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☑ Private ADR (*please identify process and provider*)  mediation; provider TBA

The parties agree to hold the ADR session by:
☑ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☐ other requested deadline _____

Dated: 5/5/2015                    /s/ Brandt L. Wolkin
                                   Attorney for Plaintiff

Dated: 5/5/2015                    /s/ Joshua S. Leach
                                   Attorney for Defendant

CONTINUE TO FOLLOWING PAGE

~~[PROPOSED]~~ **ORDER**

| XX | The parties' stipulation is adopted and IT IS SO ORDERED. |
| ☐ | The parties' stipulation is modified as follows, and IT IS SO ORDERED. |

Dated: May 8, 2015



_____
UNITED STATES DISTRICT JUDGE

> When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11

## SIGNATURE ATTESTATION

I hereby attest that I have authorization to sign on behalf of counsel whose signatures are indicated by a conformed signature (/s/) within this e-filed document.

Dated:  May 5, 2015                                         WOLKIN • CURRAN, LLP

*/s/ Brandt L. Wolkin*

By: _____
Brandt L. Wolkin
Jennifer L. Elowsky

Attorneys for Plaintiff,
**NAVIGATORS SPECIALTY INSURANCE COMPANY**

1.

**SIGNATURE ATTESTATION**                              **CASE NO. 3:15-CV-00297 VC**