UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JDS BUILDERS GROUP, INC.,

Plaintiff,

v.

SCOTTSDALE INSURANCE COMPANY,

Defendant.

Case No. 15-cv-00297-VC

**ORDER RE BRIEFING**

Re: Dkt. No. 29

The plaintiff is directed to refile, no later than the end of today, its brief in opposition to the defendant's motion to dismiss. The new brief must comply with the page limit set forth in the Court's standing order for civil cases, which is available on the Court's website. The new brief may not make any new arguments; it must simply be a shorter version of the previously-filed brief that complies with the page limitation.

**IT IS SO ORDERED.**

Dated: May 26, 2015

_____
VINCE CHHABRIA
United States District Judge